**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 135 EAL 2016

           Respondent           :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

           v.                     :

QUYDEEM HAWKINS,               :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.